IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MIGUEL DURAN, | HON. JEROME B. SIMANDLE |
| Plaintiff, | Civil No. 07-5994 (JBS/AMD) |
| v. | |
| OFFICER WILLIAM WARNER, et al., | **ORDER** |
| Defendants. | |

This matter having come before the Court on three of Plaintiff's motions: for an extension of time to file opposition to Defendants' summary judgment motion; for reconsideration pursuant to L. Civ. R. 7.1(i); and for an extension of time to move to amend the Complaint pursuant to Rule 15, Fed. R. Civ. P. [Docket Item 115]; the Court having considered the submissions of the parties; for the reasons explained in the Opinion of today's date; and for good cause shown;

IT IS this __29th__ day of **November, 2010** hereby

ORDERED that Defendants' motion for summary judgment [Docket Item 99] is DISMISSED without prejudice to re-filing after Plaintiff's pending discovery motions are adjudicated and after either the adjudication of Plaintiff's motion to amend the Complaint or the expiration of Plaintiff's time to file such a motion; and it is further

ORDERED that Plaintiff's motion for reconsideration is

DENIED; and it is further

    ORDERED that Plaintiff's time to file a motion to amend the Complaint is enlarged to January 3, 2011.

                                  **s/ Jerome B. Simandle**
                                    JEROME B. SIMANDLE
                                    United States District Judge