```
                    IN THE UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| MIGUEL DURAN, | HON. JEROME B. SIMANDLE |
| Plaintiff, | Civil No. 07-5994 (JBS/AMD) |
| v. | |
| OFFICER WILLIAM WARNER, et al., | **ORDER** |
| Defendants. | |

This matter having come before the Court on Plaintiff's motion for an injunction and declaratory judgment [Docket Item 133]; the Court having considered Plaintiff's submission; for the reasons explained in the Memorandum Opinion of today's date; and for good cause shown;

IT IS this **28th** day of **March, 2011** hereby

ORDERED that Defendants' motion is **DENIED**; and it is further

ORDERED that Plaintiff's motion to extend the time in which to file an opposition to Defendants' motion for summary judgment [Docket Item 121] is **DISMISSED AS MOOT.**

　

　**s/ Jerome B. Simandle**
　JEROME B. SIMANDLE
　United States District Judge