IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MIGUEL DURAN, | HON. JEROME B. SIMANDLE |
| Plaintiff, | Civil No. 07-5994 (JBS/AMD) |
| v. | |
| OFFICER WILLIAM WARNER, et al., | **ORDER** |
| Defendants. | |

This matter having come before the Court upon the motion of Defendant John J. Mooney, III, for summary judgment [Docket Item 201]; the Court having considered the submissions of the parties; for the reasons explained in the Opinion of today's date; and for good cause shown;

IT IS this    **20th**    day of **August, 2013** hereby

ORDERED that Defendant Mooney's motion for summary judgment will be GRANTED; and it is further

ORDERED that all claims against Defendant Mooney are hereby dismissed with prejudice.

 **s/ Jerome B. Simandle** 
JEROME B. SIMANDLE
Chief U.S. District Judge